**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Carlos P. D., | Case No. 24-cv-1651 (PJS/DTS) |
| | 24-cv-2491 (PJS/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Merrick Garland, et al., | |
| Defendants. | |

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated July 17, 2024. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED**:

1. Carlos P.D.'s Petition for a Writ of Habeas Corpus in Case No. 24-cv-1651 [Dkt. No. 1] is DENIED AS MOOT and DISMISSED WITHOUT PREJUDICE.

2. Carlos P.D.'s Petition for a Writ of Habeas Corpus in Case No. 24-cv-2491 [Dkt. No. 1] is DENIED AS MOOT and DISMISSED WITHOUT PREJUDICE.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 16, 2024

s/Patrick J. Schiltz_____
Patrick J. Schiltz
Chief Judge
United States District Court